FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | ED12-0204M |
| DAVID FRANCO-TORRES | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __FRIDAY__, __July 8 2012__ at __3 P.M.__ ☐ a.m. / ☐ p.m. before the Honorable __DAVID T. BR.__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ~~_____~~ and produced for the hearing.
(Other custodial officer)

Dated: __6/6/12__

U.S. ~~District Judge~~/Magistrate Judge

DAVID T. BRISTOW